# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1667

_____

| | | |
|---|---|---|
| Verle E. Olson, also known as Tony Olson, | * | |
| | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Jeff Hansen; Judy Rimel; John Cherry, | * | |
| M.D.; Brian Veletski; Tom A. Davis; | * | [UNPUBLISHED] |
| Tom English, Lt.; Kristine Buscher; | * | |
| Charles McElfish, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: May 18, 2000
Filed: May 26, 2000

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, AND MURPHY, Circuit Judges.

_____

PER CURIAM.

Verle Olson, a Nebraska inmate, appeals the district court's[1] grant of summary judgment dismissing his 42 U.S.C. § 1983 claims against various prison officials for deliberate indifference. Because the summary judgment record confirms that the

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

medical defendants did not disregard Olson's serious medical need, and that the non-medical defendants did not delay or deny him access to medical care, Olson's deliberate-indifference claims fail.  See Roberson v. Bradshaw, 198 F.3d 645, 647 (8th Cir. 1999).  Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

We also deny Olson's motions on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS EIGHTH CIRCUIT.